IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:22-00092

FREDERICK DE MESA

## MEMORANDUM OPINION AND ORDER

Pending before the court is the motion of the United States for a continuance of trial and for a finding of excludable time under the Speedy Trial Act. (ECF No. 38.) In support of the motion, counsel for the government explains that they are unavailable for trial on December 6, 2022, due to counsel's involvement in a case in the Southern District of Ohio scheduled to begin on December 12, 2022. The defendant does not object to a continuance.

Because failure to grant the requested continuance would likely result in a miscarriage of justice, the court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial, see 18 U.S.C. § 3161(h)(7)(A), and **GRANTS** defendant's motion to continue. In deciding to grant the government's motion, the court considered the factors outlined in 18 U.S.C. § 3161(h)(7)(B) and finds that denying the motion "would deny . . . the Government continuity of counsel . . . ." Id. § 3161(h)(7)(B)(iv).

Accordingly, the court hereby **ORDERS** as follows:

1. Jury Instructions and Proposed Voir Dire are due by **January 3, 2023;**

2. Trial of this action is continued to **January 10, 2023, at 9:30 a.m.** in Bluefield; and

3. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from the filing of the motion until the trial is excludable for purposes of the Speedy Trial Act.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to all counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

**IT IS SO ORDERED** this 7th day of November, 2022.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge